# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| ROBERT SHAWN O'LEARY, | : |
| Plaintiff | : |
| VS. | : |
| THURBERT E. BAKER, ROY E. BARNES, H. ARTHUR McLANE, and HUGH M. FARLEY, | : NO. 7:07-CV-174 (HL) |
| Defendants | : |

**O R D E R**

*Pro se* plaintiff **ROBERT SHAWN O'LEARY**, presently confined at Autry State Prison in Pelham, Georgia, has filed a *pro se* civil rights complaint under 42 U.S.C. § 1983. He has paid the required initial partial filing fee of $7.00 as previously ordered by this Court.

## I. STANDARD OF REVIEW

### A. 28 U.S.C. § 1915(e)(2)

Pursuant to 28 U.S.C. § 1915(e)(2), the Court is required to review complaints filed by prisoners against a governmental entity or its employees and dismiss any portion of the complaint the Court finds: (1) is frivolous or malicious; (2) fails to state a claim on which relief may be granted; or (3) seeks monetary relief against a defendant who is immune from such relief. An action is frivolous when the plaintiff's legal theory or factual contentions lack an arguable basis either in law or fact. ***Neitzke v. Williams***, 490 U.S. 319, 325 (1989). A claim is factually frivolous when the facts alleged are "fanciful," "fantastic," and "delusional." ***Denton v. Hernandez***, 504 U.S. 25, 32-33 (1992).

### B. General Requirements of 42 U.S.C. § 1983

In order to state a claim for relief under section 1983, a plaintiff must allege two elements. First, the plaintiff must allege that an act or omission deprived him of a right, privilege, or immunity secured by the Constitution of the United States. *See Wideman v. Shallowford Community Hosp., Inc.*, 826 F.2d 1030, 1032 (11th Cir. 1987). Second, the plaintiff must allege that the act or omission was committed by a person acting under color of state law. *Id.*

## II. DISCUSSION

Plaintiff brings this action against the following individuals: (1) Thurbert E. Baker, Attorney General of Georgia; (2) Roy E. Barnes, Former Governor of Georgia; (3) H. Arthur McLane, Southern Judicial Circuit Judge; and (4) Hugh M. Farley, Director, Department of Administrative Services. Plaintiff's complaint contains numerous vague and unclear allegations. Among other things, plaintiff, who refers to himself as a "secured party/creditor/HDC," alleges that he was "compelled by fraud and deceit" into a commercial agreement/contract with the defendants, "without fair consideration," in violation of "1:10:1 impairing the obligation of 'contracts.'" Plaintiff further states the defendants, who possess "no verifiable and lawful corporate existence," have "subjected the National Born Free Citizens of Georgia Republic to a foreign power democracy through fraud and deception, [in] violation [of] 4:4:1."

Plaintiff seeks several forms of relief, including "discharge/release from further unlawful detainment, and to reach a 'negotiable settlement adjudication agreement' of petitioner's monetary recovery claim for damage, injury, or death as set out in standard form95, or any amount deemed just and proper by the court, and notice of quasi tort claim # 1I03142860."[1]

---

[1] Because plaintiff references his criminal action, it is possible his intent is to challenge his conviction or sentence arising in Lowndes County. If so, he must file a petition for writ of habeas corpus under 28 U.S.C. § 2254. Before filing such a petition, however, petitioner must exhaust his state remedies, either by way of direct appeal or state habeas relief.

The Court concludes that plaintiff's complaint is "fanciful," "fantastic," and "delusional," and therefore factually frivolous. Plaintiff's complaint advances no legal theory that the Court is able to discern. The Court is therefore satisfied that plaintiff's complaint is frivolous and **DISMISSES** this action.

**SO ORDERED**, this 29th day of October, 2007.

*s/ Hugh Lawson*
HUGH LAWSON
UNITED STATES DISTRICT JUDGE

cr